IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTKOSKI FENCING, INC., | : | No. 3:23cv1451 |
|       Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE | : | |
| COMPANY OF AMERICA, | : | |
|       Defendant | : | |

............................................................................................................

## ORDER

**AND NOW**, to wit, this 10 day of March 2025, in accordance with the accompanying memorandum, Defendant Selective Insurance Company of America's motion to dismiss or in the alternative to stay the instant lawsuit (Doc. 8) is hereby **GRANTED** in part and this case is hereby **STAYED** pending the resolution of the related state court Interpleader action.  The motion is **DENIED** in all other respects.  The Clerk of Court is directed to administratively close this case.  The parties are directed to notify the court within fourteen (14) days of the resolution of the state court case so that the stay can be lifted and this case reopened.

Date: 3/10/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court